# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SUCCESSION OF TOM FRANK SELF

NO.  2026 CW 0867

**AUGUST 7, 2026**

In Re:  Tonya Sheree Saldana, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 20277.

**BEFORE:  WOLFE, STROMBERG, AND BALFOUR, JJ.**

**WRIT NOT CONSIDERED.**  This writ application failed to include a complete copy of each pleading on which the judgment at issue in this writ application is founded, a complete copy of the opposition and all attachments thereto, the pertinent court minutes, and return date order, in violation of Rule 4-5(C)(8), (9), (10) and (11) of the Uniform Rules of Louisiana Courts of Appeal.  Moreover, although relator supplemented the writ application with a June 11, 2026 judgment, the notice of intent referenced a May 28, 2026 judgment, and the writ application does not contain a copy of that judgment if that is the judgment at issue herein.

In addition, in the supplement filed by relator, she referenced rulings subsequent to the filing of this writ application.  However, those rulings are not properly before this court as they occurred after the writ application was filed. Moreover, although there is no explicit statutory prohibition against challenging multiple orders in a single writ application, the Uniform Rules of Louisiana Courts of Appeal, Rules 4-2 and 4-5(C) refer only to the "ruling . . . at issue" and the "ruling complained of."   Therefore, we decline to consider multiple judgments in a single writ application. See **Succession of Burgo**, 2019-0612 (La. App. 1st Cir. 8/5/19), 2019 WL 3574213 (unpublished).   In the event relator seeks review of multiple judgments or orders, she must timely do so separately as to each such judgment or order.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, including the missing items noted herein, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2.  Any new application must be filed on or before September 9, 2026, and must contain a copy of this ruling.

EW
TPS
KEB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT